# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2606
LT Case No. 16-2022-CF-10857-A

_____

NICODEMUS MUGWE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jeb T. Branham, Judge.

Matthew J. Metz, Public Defender, and Louis A. Rossi,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Michael Schaub,
Assistant Attorney General, Tallahassee, for Appellee.

January 22, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____